**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br>Joseph Stephen Provanzano<br><br>Debtor(s) | Chapter 7<br>26-11005-CJP |

# PROCEEDING MEMORANDUM AND ORDER

**MATTER:**
#25 Emergency Motion filed by Creditor Paul W. Cote for Relief from Stay.

FOR THE REASONS STATED ON THE RECORD, THE MOTION IS DENIED WITHOUT PREJUDICE. ON OR BEFORE NOVEMBER 10, 2026, MR. COTE SHALL FILE A PROOF OF CLAIM. THE DEBTOR SHALL HAVE 21 DAYS FROM FILING OF THE PROOF OF CLAIM TO OBJECT TO THAT PROOF OF CLAIM AND REQUEST THAT THE OBJECTION BE CONSOLIDATED WITH THE ADVERSARY PROCEEDING.

Dated: 09/28/2026

By the Court,

Christopher J. Panos
United States Bankruptcy Judge